```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 12911
    LAURA FLORES
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
              Debtor
    SSN XXX-XX-9896


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/20/2008 and was not confirmed.

     The case was converted to chapter 7 without confirmation 08/21/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
OCWEN FEDERAL BANK       CURRENT MORTG       .00            .00           .00
OCWEN FEDERAL BANK       MORTGAGE ARRE       .00            .00           .00
OCWEN LOAN SERVICING LLC UNSECURED      NOT FILED           .00           .00
LIGHTHOUSE FINANCIAL GRO SECURED VEHIC   2222.00            .00           .00
SPRINT PCS               UNSECURED      NOT FILED           .00           .00
COLLECTION               UNSECURED      NOT FILED           .00           .00
DEPENDON COLLECTION      UNSECURED      NOT FILED           .00           .00
PREMIER BANCARD CHARTER  UNSECURED        361.79            .00           .00
WOMENS WORKOUT WORLD     UNSECURED      NOT FILED           .00           .00
TCF BANK                 UNSECURED      NOT FILED           .00           .00
UNITED COLLECTIONS       UNSECURED      NOT FILED           .00           .00
WACHOVIA BANK            UNSECURED       7685.69            .00           .00
LASALLE BANK             NOTICE ONLY    NOT FILED           .00           .00
LASALLE BANK             NOTICE ONLY    NOT FILED           .00           .00
LIGHTHOUSE FINANCIAL GRO UNSECURED       9390.42            .00           .00
ROUNDUP FUNDING LLC      UNSECURED        904.94            .00           .00
ANGIE S LEE              DEBTOR ATTY        .00                           .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         --------------       --------------
TOTALS                      .00                     .00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 12911 LAURA FLORES
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 12911 LAURA FLORES